440 A.2d 1248

Commonwealth v. Reagle, III, Appellant.

Argued March 18, 1981. Raymond H. Bogaty, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

440 A.2d 1248

Commonwealth v. Wilson, Appellant.

Submitted January 26, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The judgment of sentence is affirmed.